UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                    )
LIDONG LIU,                                  )     No. C07-1474RSL
                                                    )
                    Plaintiff,               )     ORDER VACATING ORDER TO
       v.                                     )     SHOW CAUSE AND ORDER
                                                    )     REQUIRING DEFENDANTS TO FILE
                                                    )     MONTHLY STATUS REPORT
                                                    )
MICHAEL CHERTOFF, *et al.*,        )
                                                    )
                    Defendants.          )
_____)

This matter comes before the Court *sua sponte*. On April 22, 2008, the Court ordered defendants by May 9, 2008, to provide the Court with particularized information why plaintiff's I-485 application for adjustment of status cannot be fully adjudicated. See Dkt. #18 at 20-21. On May 9, 2008, defendants responded to the Court's order and provided particularized information demonstrating that while plaintiff's name check was completed on March 28, 2008, plaintiff's application cannot be approved by United States Citizenship and Immigration Services ("USCIS") because no visa numbers are available for plaintiff. See Dkt. #19 (Defendant's Response to Order to Show Cause); Ex. A. (Second Heinauer Decl.) at ¶13; ¶14 ("Plaintiff's application for adjustment of status cannot be completed until a visa number is available and issued by the U.S. Department of State."). Significantly, the Department of State is not a party to this lawsuit.

ORDER VACATING ORDER TO SHOW
CAUSE AND ORDER REQUIRING
MONTHLY STATUS REPORT

1   Plaintiff is applying for adjustment of status as a second preference worker from the
2   People's Republic of China.  See Dkt. #14 (Heinauer Decl.) at ¶6.  Plaintiff's priority date for
3   visa number purposes is September 13, 2004.  Id. at ¶7; Dkt. #19 at (Second Heinauer Decl.) ¶6
4   (stating "[t]he priority date for visa number purposes in Ms. Liu's case is September 13, 2004.").
5   In the May 2008 visa bulletin, the cutoff date for second preference Chinese applicants was
6   January 1, 2004.  See Dkt. #19, Ex. A at ¶12; see also May 2008 visa bulletin, available at
7   http://travel.state.gov/visa/frvi/bulletin/bulletin_4205.html.  The Court takes judicial notice that
8   in the June 2008 visa bulletin, the cutoff date has now progressed to April 1, 2004.  See June
9   2008 visa bulletin, available at http://travel.state.gov/visa/frvi/bulletin/bulletin_4231.html.

10  Given defendants' representation that plaintiff's case will be completed once a visa
11  number becomes available to her,[1] coupled with the Court's conclusion that defendants cannot
12  adjudicate plaintiff's application until a visa number is available, the Court orders as follows:

13  Based on defendants' May 9, 2008 filing (Dkt. #19), the Court VACATES the portion of
14  the April 22, 2008 order requiring defendants to provide particularized information supporting
15  their claim that plaintiff's application cannot be adjudicated.  See Dkt. #18 at 20-21.  However,
16  the Court hereby ORDERS defendants on the **15th day of each month** to file a status report
17  indicating: (1) whether a visa number is available for plaintiff; and if so, (2) whether USCIS has
18  approved (fully adjudicated) plaintiff's I-485 application.  This obligation shall continue until
19  plaintiff's application is approved by USCIS.  The Court DEFERS plaintiff's motion for
20  summary judgment (Dkt. #13) until plaintiff's application is approved by USCIS.

---

[1] See Dkt. #19, Ex. A at ¶18 ("A visa number is requested from the U.S. Department of State by the adjudicating officer at the moment a case is deemed to be finally approvable for adjustment of status. The visa number request and allocation is done electronically and is generally accomplished within a few hours.  Plaintiff's case will be completed once a visa number becomes available to her.") (emphasis added).

ORDER VACATING ORDER TO SHOW
CAUSE AND ORDER REQUIRING
MONTHLY STATUS REPORT                    -2-

1   DATED this 23rd day of May, 2008.

2

3   *signature*

    Robert S. Lasnik
4   United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  ORDER VACATING ORDER TO SHOW
    CAUSE AND ORDER REQUIRING
    MONTHLY STATUS REPORT                -3-